GARY L. RAINSDON, TRUSTEE
P.O. BOX 506
TWIN FALLS, ID 83303
PHONE: (208) 734-1180
FAX: (208) 734-2783
trustee@filertel.com

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

In Re:                                  )         CHAPTER 7
                                        )
Brian Leigh Miller and                  )
Hayley Dawn Miller,                     )
                                        )         CASE NO. 20-40172-JMM
                                        )
                                        )
            Debtor.                     )

**Motion for Turnover of Property and Records**

> Notice of Motion for Turnover of Property and Records
> and Opportunity to Object and for a Hearing
>
> <u>No Objection.</u>  The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty-one (21) days of the date of service of this notice.
>
> If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.
>
> <u>Objection</u>.  Any objection shall set out the legal and/or factual basis for the objection.  A copy of the objection shall be served on the movant.
>
> <u>Hearing on Objection</u>.  The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

**COMES NOW**, Gary L. Rainsdon, the Trustee in the above-entitled matter and moves this Court pursuant to 11 USC §§ 542 and 521(a)(4), for an order directing the Debtor to surrender the following property and records, to-wit:

1. Copies of all financial institution statements for accounts of any kind in which either Debtors' names appear, covering the period of January 1, 2019, to the present, and identification of the sources of all deposits and uses of all withdrawals of $500.00 or more.
2. Documentation of all money received and money paid out, for both Debtors, covering the period of January1, 2019, to the present.
3. Identify uses of all cash withdrawals from financial institution accounts, regardless of amount, and what was done with money.
4. All documentation relating to the Debtors' travel trailer agreement with Debtors' parents, including but not limited to, all contracts and/or sales agreements, payment schedules, copies of records of all payments made, and name of payment recipient(s).
5. All documentation relating to the Debtors' travel trailer, prior to the time when Debtors gave the trailer to their parents, including but not limited to the original purchase

      contracts and/or sales agreements, the purchase price and the amount still owed when Debtors' parents took possession of travel trailer.
6. Copies of all documents requested by Trustee Kathleen McCallister, in prior Chapter 13 bankruptcy case (18-40362-JMM).
7. Documentation of all payments made to the school/daycare during the 90 day period prior to the date of the bankruptcy filing.

    The Trustee requested the above item(s) at the Meeting of Creditors on 3/30/2020 and also through Debtors' attorney by email on 4/29/2020. The Trustee makes said motion upon the grounds and for the reasons that said property is property of the bankruptcy estate and the Debtor have not provided the requested item(s) to the Trustee.

Dated this: May 22, 2020

                               /s/
                          Gary L. Rainsdon, Trustee

### CERTIFICATE OF MAILING

    I HEREBY CERTIFY that on May 22, 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- **John O. Avery**
ch@averylaw.net;twinfalls@averylaw.net;ryan@averylaw.net;averybklaw@gmail.com;boise@averylaw.net;pocatello@averylaw.net;lawar78055@notify.bestcase.com
- **US Trustee**   ustp.region18.bs.ecf@usdoj.gov

    AND I FURTHER CERTIFY that on such date I served the foregoing on the following non- CM/ECF Registered Participants in the manner indicated:
Via First Class mail, postage prepaid addressed as follows:

Brian and Hayley Miller
269 Teton St.
Twin Falls, ID  83301

    Additionally, a copy of the foregoing was served on the below identified parties, from the mailing matrix obtained by the court website, by first class mail, postage prepaid:

Capital One Auto Finance, a division of Capital One,
N.A., c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Via certified mail, return receipt requested, addressed as follows:

None

                        By:      /s/
                          Gary L. Rainsdon, Trustee