GARY L. RAINSDON
BANKRUPTCY TRUSTEE
P.O. BOX 506
TWIN FALLS, ID  83303
PHONE:  (208) 734-1180
FAX:  (208) 734-2783
trustee@filertel.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 20-40172-JMM |
| Brian Leigh Miller and | ) | |
| Hayley Dawn Miller, | ) | |
| | ) | |
| | ) | Chapter 7 |
| _____ Debtor. _____ | ) | |

### Motion for Extension of Time to File Motion to Dismiss or
### Complaint Objecting to Discharge

<u>No Objection.</u>  The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty-one (21) days of the date of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

<u>Objection.</u>  Any objection shall set out the legal and/or factual basis for the objection.  A copy of the objection shall be served on the movant.

<u>Hearing on Objection.</u>  The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

COMES NOW, Gary L. Rainsdon, the Trustee in the above identified bankruptcy case, and pursuant to Bankruptcy Rule 1017(e), 4004(b), and 9006 (b) moves this Court for the entry of an order extending the time for filing a motion to dismiss or complaint objecting to discharge and for a delay in the issuance of discharge of the above-captioned debtor.  This motion is made upon the grounds and for the following reasons that:

1

1. The Debtor has not provided all the documentation the Trustee requested.

2. The next scheduled Meeting of Creditors is set for May 26, 2020.

3. When Trustee has received the requested documents, he will need time to review them before he can decide whether or not to object to entry of a discharge or seek dismissal of the case.

WHEREFORE, the trustee requests the entry of an order granting an extension of the May 29, 2020 deadline to file a motion to dismiss or complaint objecting to discharge until August 27, 2020.  The trustee further requests that the issuance of a discharge be delayed until August 27, 2020.

Dated this 22nd day of May, 2020.

/s/_____
Gary L. Rainsdon, Trustee

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on May 22, 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- John O Avery
  ch@averylaw.net;twinfalls@averylaw.net;ryan@averylaw.net;averybklaw
  @gmail.com;boise@averylaw.net;pocatello@averylaw.net;lawar78055@
  notify.bestcase.com

- US Trustee    ustp.region18.bs.ecf@usdoj.gov

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non- CM/ECF Registered Participants in the manner indicated:
Via First Class mail, postage prepaid addressed as follows:

Brian and Hayley Miller
269 Teton St.
Twin Falls, ID  83301

Capital One Auto Finance, a division of Capital One, N.A.,
c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Additionally, a copy of the foregoing was served on the below identified parties, from the mailing matrix obtained by the court website, by first class mail, postage prepaid:

None

Via certified mail, return receipt requested, addressed as follows:

None

By:_____/s/_____
Gary L. Rainsdon,  Trustee

3